

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-20-00116-CR

DENZEL DREDON JACKSON, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 8th District Court
Hopkins County, Texas
Trial Court No. 1927324

Before Morriss, C.J., Burgess and Stevens, JJ.

ORDER

Denzel Dredon Jackson has filed an appeal from a judgment of conviction entered by the 8th Judicial District Court of Hopkins County. Jackson was represented by appointed counsel at trial. Although appointed trial counsel filed a notice of appeal on Jackson's behalf, the trial court has since granted counsel's motion to withdraw. There is no indication in the clerk's record that new counsel was appointed to represent Jackson on appeal.

In light of these circumstances, we abate this case to the trial court so that it may conduct whatever hearings are necessary to make the following determinations: (1) whether Jackson still desires to prosecute this appeal and, if so, (2) whether Jackson remains indigent and entitled to the appointment of counsel to represent him on appeal. If the trial court determines that Jackson remains indigent, then it shall appoint counsel to represent him on appeal.

The trial court may enter any orders necessary to implement these directives. Any hearing shall be conducted by the trial court within fifteen days of the date of this order. Appropriate orders and findings shall be sent to this Court in the form of a supplemental clerk's record within ten days of the date of the hearing contemplated by this order. The reporter' record of any hearing shall be filed with this Court within ten days of the date of the hearing contemplated by this order.

All appellate timetables are stayed and will resume on our receipt of the supplemental appellate record.

IT IS SO ORDERED.

BY THE COURT

Date:   December 9, 2020